UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

VS                                                          CASE NO. 3:08-CR-61-008/LAC

JAMEL SHIELDS

## FINANCIAL REFERRAL AND ORDER

Regarding refund of funds for: _X_ Fine, __ Restitution, __ Filing Fee, __ Attorney Admission Fee, __ Copy Fee, __ Bond, __ Other (Specify) _____

By:       Jamel Shields #06993-017   (Payee)
Address:  FCI Yazoo City Medium
          PO Box 5888
          Yazoo City, MS 39194

Receipt Number  B060909DFLN308CR000061

Date of Receipt  07/10/09

Motion: N/A

Explanation: Jamel Shields' $100.00 special assessment was paid in full on 12/17/08. The Clerk's office received $25.00 on the June 2009 Bureau of Prisons (BOP) reports. According to the court dockets and financial records, Mr. Shields does not owe any additional money. Requesting authorization to refund the $25.00 overpayment and any other payments we may receive from the BOP for this case. There may be a timing difference on the BOP stopping payments for this account.

WILLIAM M. McCOOL, Clerk of Court

Prepared by:  _s/Philip Detweiler_
              Philip Detweiler, Financial Specialist          Date: August 6, 2009

Referred by: Mary Maloy, Deputy Clerk

## ORDER OF COURT

It is ORDERED this 6th day of August, 2009, that the Clerk refund the identified funds to the payee.

APPROVED      X

DENIED _____           _s/L.A. Collier_
                                 LACEY A. COLLIER
                                 SENIOR UNITED STATES DISTRICT JUDGE

Adopted: 12/03/99