UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**UNITED STATES OF AMERICA**

vs.  Case Nos.  3:08cr61/LAC/CJK
    3:10cr438/LAC/CJK

**JAMEL SHIELDS**

_____/

## ORDER

This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated September 3, 2013 (doc. 504). Defendant has been furnished a copy of the Report and Recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a <u>de novo</u> determination of the timely filed objections.

Having considered the Report and Recommendation, and the objections thereto timely filed, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is **ORDERED**:

1. The amended motion to vacate, set aside, or correct sentence (doc. 403) is **DENIED**.

2. A certificate of appealability is **DENIED**.

**DONE AND ORDERED** this 31st day of January, 2014.

s/*L.A. Collier*
**LACEY A. COLLIER**
**SENIOR UNITED STATES DISTRICT JUDGE**